1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11
12
13
14
15
16
17

| | |
|---|---|
| ERIC BOBBITT,                                 ) | Case No. CV 06-6676-JWJ |
|                      Plaintiff,         ) | |
|                                   ) | JUDGMENT |
|      vs.                                  ) | |
| MICHAEL J. ASTRUE,               ) | |
| Commissioner of the Social        ) | |
| Security Administration,            ) | |
|                    Defendant.     ) | |

18
19

     **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case

20

to the Commissioner of the Social Security Administration, pursuant to

21

sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with

22

this Court's Order, which was filed concurrently in this case.

23
24

DATED:  March 7, 2008

25
26

_____
                              /s/

27

JEFFREY W. JOHNSON
United States Magistrate Judge

28